IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| COLLEEN CRAFTON, | |
| Plaintiff, | CIVIL ACTION NO.: 4:21-cv-268 |
| v. | |
| EFFINGHAM COUNTY SCHOOLS BOARD OF EDUCATION; DR. YANCY FORD, in his individual capacity and his official capacity as Superintendent of the Effingham County Public Schools; LYNN ANDERSON; F. LAMAR ALLEN; BEN JOHNSON; and VICKIE DECKER, | |
| Defendants. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's May 10, 2022, Report and Recommendation, (doc. 17), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, the Amended Complaint, (doc. 8), is **DISMISSED, WITHOUT PREJUDICE**. The pending Motion to Dismiss is **DISMISSED, as moot**. (Doc. 15.) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 15th day of June, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA