AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

COLLEEN CRAFTON,

                Plaintiff,

v.

EFFINGHAM COUNTY SCHOOLS BOARD OF EDUCATION; DR. YANCY FORD, in his individual capacity and his official capacity as Superintendent of the Effingham County Public Schools; LYNN ANDERSON; F. LAMAR ALLEN; BEN JOHNSON; and VICKIE DECKER,

                Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  4:21-cv-268

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated June 15, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.  Plaintiff's Amended Complaint is dismissed without prejudice.  This case stands closed.

Approved by: _____

June 21, 2022
Date



John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020